**This document was signed electronically on January 13, 2017, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated January 13, 2017**



**ALAN M. KOSCHIK**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO - AKRON

| | | |
|---|---|---|
| CHGC Inc., | ) | Case No: 16-52298 |
| | ) | |
| | ) | Chapter 11 |
| Debtor in Possession. | ) | |
| | ) | Honorable Alan M. Koschik |
| | **)** | |

### AGREED ORDER OF DISMISSAL

Upon the agreement of Debtor in Possession, CHGC, Inc., and creditor, Fifth Third Bank, by and through their counsel, this case is dismissed with prejudice.

###

Agreed to by:

By: */s/ Jeanna M. Weaver*  
Jeanna M. Weaver (0075186)  
David L. Van Slyke (0077721)  
PLUNKETT COONEY  
jweaver@plunkettcooney.com  
dvanslyke@plunkettcooney.com  
*Attorneys for Fifth Third Bank*

By: */s/ Jonathan P. Blakely*  
Jonathan P. Blakely (0042550)  
jblakelylaw@windstream.net  
*Attorney for Debtor in Possession*

ECF Service to:

- Jonathan P. Blakely on behalf of Debtor CHGC, Inc. - jblakelylaw@windstream.net
- Amelia A. Bower on behalf of Creditor Fifth Third Bank - abower@plunkettcooney.com, dstogner@plunkettcooney.com
- William P. Coley, II on behalf of Creditor PNC Equipment Finance, LLC - wpcoley@strausstroy.com, tlreddington@strausstroy.com
- David Lee Van Slyke on behalf of Creditor Fifth Third Bank - dvanslyke@plunkettcooney.com
- Jeanna M. Weaver on behalf of Creditor Fifth Third Bank - JWeaver@plunkettcooney.com, rmabra@plunkettcooney.com
- Derrick Rippy ust11 - derrick.v.rippy@usdoj.gov
- Derrick Rippy ust11 on behalf of U.S. Trustee Derrick Rippy ust11 - derrick.v.rippy@usdoj.gov

Open.20026.33038.17919257-1